Marc J. Stout,
Robert B. Stout
30 Willow Branch Place
Fredericksburg, VA 22405
Phone: (540) 408-9952
Email: formulafocused@gmail.com



RECEIVED MAILROOM
MAY - 3 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Clerk of Court
U.S. District Court
Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

April 28, 2021

Re: Bivens Complaint

Dear Clerk,

Please find enclosed:

- Two IFP applications, one for each of two plaintiffs
- One Civil Cover Sheet
- Three copies of the complaint, one for the clerk, one for each of two defendants
- Two summonses, one for each of two defendants
- Two USM-285 forms, one for each of two defendants

Please mail me an E-Notice Registration form for this case.

Appreciatively,

Marc and Robert Stout